IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**KEITH RICHARD CARPENTIER,**

    **Plaintiff,**

v.                                                   Case No.: 3:09cv-1241-J-20TEM

**WALTER A. MCNEIL, as SECRETARY
of the FLORIDA DEPARTMENT
OF CORRECTIONS, et. al.,**

    **Defendants.**
_____/

## MOTION TO DISMISS BY DEFENDANT GRAY

Defendant Gray, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12, moves this Court to dismiss the First Amended Complaint ("Complaint") served in this action, and states:

1. Plaintiff is a former state prison inmate who has filed this action alleging that his civil rights have been violated. He is represented by counsel appointed by the Court.

2. Previously, various Defendants filed a Motion to Dismiss in this action based on the misjoinder of two separate incidents in this case. (Doc. 34). Thereafter, said matter was further briefed by the parties in a Response and Reply. (Docs. 38 & 43). In the interest of efficiency, Defendant Gray will adopt said Motion in lieu of merely reiterating the same material. Accordingly, Defendant Gray hereby joins in that Motion to Dismiss and reasserts the arguments made as if fully set forth herein.

Wherefore, Defendant Gray respectfully requests the Court for the same relief sought in the Motion to Dismiss served by Defendants Gibstein, Kilgore, Carter, Davis & Wiggs (Doc. 34), and requests such other relief as the Court deems just, necessary and proper.

Respectfully Submitted,

**PAMELA JO BONDI
ATTORNEY GENERAL**

s/ Jonathan P. Sanford
**Jonathan P. Sanford**
Assistant Attorney General
Florida Bar No. 0086400
**Shelly L. Marks**
Assistant Attorney General
Florida Bar No. 0676063
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Suite PL-01
Tallahassee, Florida 32399-1050
Telephone - (850) 414-3300
Facsimile - (850) 488-4872
jonathan.sanford@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was furnished electronically via the Court's CM/ECF system to **Michael A. Abel and Lanesha Sims**, Esquires, Holland & Knight, 50 North Laura Street, Suite 3900, Jacksonville, Florida 32202; **Ronald S. Wasilenko**, Esquire, Marks Gray, P.A., 1200 Riverplace Boulevard, Suite 800, Jacksonville, Florida 32207; and **Ginger Barry Boyd**, Esquire, Broad and Cassel, 200 Grand Boulevard, Suite 205A Destin, Florida 32550, on this 15th day of February, 2011.

s/ Jonathan P. Sanford
JONATHAN P. SANFORD