UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEITH RICHARD CARPENTIER,

    Plaintiff,

V.                                  CASE NO.: 3:09-cv-1241-HES-TEM

JAMES DAVIS, et al.,

    Defendants.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANTS
MCNEIL'S AND REDDISH'S MOTION TO STAY DISCOVERY**

Plaintiff, Keith Richard Carpentier, hereby responds to the Motion to Stay Discovery filed by Defendants Walter A. McNeil, as Secretary of the Florida Department of Corrections, and Barry Reddish, as Warden of the Union Correctional Facility (collectively, the "Official Capacity Defendants") (Doc. 58), and states the motion is moot for the following reasons:

1.    On or about February 2, 2011, the Official Capacity Defendants filed a Motion to Stay Discovery "as to these two official capacity Defendants pending the Court's ruling on their Motion to Dismiss [(Doc. 32)]."

2.    Contemporaneous to filing this Response to Motion to Stay, Plaintiff has filed a Notice of Dismissal as to the Official Capacity Defendants.

3.    Plaintiff clarifies that it has not filed claims against Walter A. McNeil or Barry Reddish in their individual capacities, and reserves the right to seek leave of Court at a later date to amend the complaint and incorporate such claims.

4. Accordingly, the Official Capacity Defendants' Motion to Stay Discovery is moot. The claims that were pending against them in their official capacity have been voluntarily dismissed, and currently there are no claims pending against either defendant in a personal capacity.

Dated this 22nd day of February, 2011.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/ Jeremy J. Ches
Michael A. Abel, Esquire
Florida Bar No. 075078
michael.abel@hklaw.com
Jeremy J. Ches, Esquire
Florida Bar No. 0649570
jeremy.ches@hklaw.com
Holland & Knight LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: 904-353-2000
Facsimile: 904-358-1872

*Attorneys for Plaintiff,*
*Keith Richard Carpentier*

**This Space Intentionally Left Blank**

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jonathan P. Sanford
Shelly L. Marks
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, FL  32399-1050
Tel.: (850) 414-3300
Fax: (850) 488-4872
jonathan.sanford@myfloridalegal.com
shelly.marks@myfloridalegal.com

Ginger Lynne Barry
BROAD AND CASSEL
200 Grand Boulevard, Suite 205A
Destin, Florida 32550
Tel.: (850) 269-0148
Fax: (850) 521-1472
gbarry@broadandcassel.com
*Counsel for Defendant Derek Gibstein*

Ronald S. Wasilenko
MARKS GRAY, PA
PO Box 447
1200 Riverplace Blvd, Ste. 800
Jacksonville, FL 32207
Tel.: (904) 393-9007
Fax: (904) 393-9050
rwasilenko@marksgray.com

/s/Jeremy J. Ches
Jeremy J. Ches, Esquire
Florida Bar No. 0649570
jeremy.ches@hklaw.com
Holland & Knight LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone:  904-353-2000
Facsimile:  904-358-1872

#10142754_v1