FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 MAR -2 PM 12: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

KEITH RICHARD CARPENTIER,

        Plaintiff,

v.                              Case No. 3:09-cv-1241-J-20TEM

WALTER A. MCNEIL, etc.; et al.,

        Defendants.

## ORDER

1. Plaintiff's February 22, 2011, Notice of Voluntary Dismissal of Defendants Walter A. McNeil, as Secretary of the Florida Department of Corrections, and Barry Reddish, as Warden of the Union Correctional Facility [the Official Capacity Defendants] (Doc. #64) is **GRANTED**, and Defendants McNeil and Reddish are hereby **DISMISSED** from this action without prejudice.

2. The February 2, 2011, Motion to Stay Discovery by Defendants McNeil & Reddish (Doc. #58) is **DENIED AS MOOT**. See Plaintiff's February 22, 2011, Response to Defendants McNeil's and Reddish's Motion to Stay Discovery (Doc. #65).

3. The October 1, 2010, Motion to Dismiss by Defendants McNeil & Reddish (Doc. #32) is **DENIED AS MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

sa 3/1
c:
Counsel of Record