UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEITH RICHARD CARPENTIER,

    Plaintiff,

V.                                        CASE NO.: 3:09-cv-1241-HES-TEM

JAMES DAVIS, et al.,

    Defendants.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT GRAY'S MOTION TO DISMISS

Plaintiff, Keith Richard Carpentier ("Carpentier" or "Plaintiff"), hereby responds in opposition to Defendant Gray's Motion to Dismiss (the "Motion") (Doc. 61) and states as follows:

1.    Defendants Kilgore, Carter, Davis, Wiggs and Gibstein filed a Motion to Dismiss on grounds that Plaintiff improperly joined two completely separate incidents contrary to Federal Rule of Civil Procedure 20 (the "Defendants' Motion"). (Doc. 34). In his Motion, Defendant Gray wholly adopts the Defendants' Motion and "reasserts the arguments made as if fully set forth herein." (Doc. 61, p.1). Defendant Gray does not assert any separate or unique arguments.

2.    Plaintiff filed a response in opposition to the Defendants' Motion ("Plaintiff's Response") (Doc. 38). Because Defendant Gray's Motion is identical to Defendants' Motion, Plaintiff likewise reasserts the arguments Plaintiff made in Plaintiff's Response and incorporates them as if made herein.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant Gray's motion to dismiss.

Dated: April 25, 2011

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/ Jeremy J. Ches
Michael A. Abel, Esquire
Florida Bar No. 075078
michael.abel@hklaw.com
Jeremy J. Ches, Esquire
Florida Bar No. 0649570
jeremy.ches@hklaw.com
Holland & Knight LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: 904-353-2000
Facsimile: 904-358-1872

*Attorneys for Plaintiff,*
*Keith Richard Carpentier*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jonathan P. Sanford
Shelly L. Marks
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, FL 32399-1050
Tel.: (850) 414-3300
Fax: (850) 488-4872
jonathan.sanford@myfloridalegal.com
shelly.marks@myfloridalegal.com

Ginger Lynne Barry
BROAD AND CASSEL
200 Grand Boulevard, Suite 205A
Destin, Florida 32550
Tel.: (850) 269-0148
Fax: (850) 521-1472
gbarry@broadandcassel.com
*Counsel for Defendant Derek Gibstein*

Ronald S. Wasilenko
MARKS GRAY, PA
PO Box 447
1200 Riverplace Blvd, Ste. 800
Jacksonville, FL 32207
Tel.: (904) 393-9007
Fax: (904) 393-9050
rwasilenko@marksgray.com

/s/Jeremy J. Ches
Jeremy J. Ches, Esquire
Florida Bar No. 0649570
jeremy.ches@hklaw.com
Holland & Knight LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: 904-353-2000
Facsimile: 904-358-1872

#10297089_v1